

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00191-CV

| | | |
|---|---|---|
| Fix It Today, LLC and Banatex, LLC | § | From the 67th District Court |
| | § | of Tarrant County (67-260046-12) |
| v. | | |
| | § | May 7, 2015 |
| Santander Consumer USA, Inc. | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part, reversed and rendered in part, and reversed and remanded in part. We affirm the declaratory portion of the trial court's judgment. We reverse the portion of the trial court's judgment that pertains to SCUSA's conspiracy claim and render a take-nothing judgment on that claim. We reverse the trial court's judgment as to SCUSA's conversion, tortious interference, and Texas Theft Liability Act claims and the attorney's fee award and remand these claims to the trial court for a new trial.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
Justice Bonnie Sudderth